SNIDER v. SNIDER.

GILBERT, Justice. This was a suit for permanent alimony for the wife and support for a· minor child. The jury returned a verdict against the wife, but provided for support of the child by the husband. The wife moved for a new trial on the grounds (1) that a verdict was demanded in her favor; (2) because of the illegal admission of evidence; (3) because of illegal charges to the jury, in that the court unduly stressed the contentions of the defendant. The motion was overruled, and the petitioner excepted. *Held*, that the evidence supported the verdict, and no ground shows cause for reversal of the judgment.

*Judgment affirmed. All the Justices concur, except Atkinson, J., absent because of illness.*

No. 11497.   OCTOBER 15, 1936.

*Randall Evans Jr.,* for plaintiff.   *Casey Thigpen,* for defendant.